# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, as Receiver for )
CITIZENS BANK OF EFFINGHAM )
                                                              )
      Plaintiff, )
                                                              )
v. ) Case No.: 4:14-cv-00149-WTM-GRS
                                                              )
BANCINSURE, INC. n/k/a RED ROCK, )
INSURANCE COMPANY )
                                                              )
     Defendant. )

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

Having read and considered the Unopposed Motion for 120 Day Stay of Litigation submitted by Defendant, BancInsure, Inc. n/k/a Red Rock Insurance Company ("Defendant") acting by and through its appointed receiver, John D. Doak, Insurance Commissioner of the State of Oklahoma (the "Commissioner"), and no response or opposition thereto having been filed, and seeing no reason why said Motion should not be granted, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The above-captioned matter is hereby stayed for a period of One Hundred Twenty (120) days from the date of this Order.

2. All pending deadlines in this matter are reset to a date that is One Hundred Twenty (120) days from the date on which each such deadline is presently set to expire.

3. The parties have reserved all rights to assert additional bases for a stay of this matter, and all rights to oppose any such request.

SO ORDERED, this 24th day of September, 2014.

_____
The Honorable George R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

Prepared by

Douglas E. Herman
Georgia Bar No. 076219
Larry Evans
Georgia Bar No. 419077
Attorneys for Defendant BancInsure, Inc.,
n.k.a. Red Rock Insurance Company,
by and through its appointed receiver, the
Insurance Commissioner of the State of Oklahoma

Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
dherman@olivermaner.com
levans@olivermaner.com